UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Victor Modesto Ramirez Cardona,

v. Case No. 1:26-cv-00645-JL-AJ

Christopher Brackett, et al.

**ORDER**

Before the court is the habeas petition brought by Victor Modesto Ramirez Cardona challenging his ongoing ICE detention.[1] In its response to the petition, the government notes that it "object[s] to this Court granting relief on the basis of [*Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.)]" on the ground that the case was "wrongly decided," but concedes that the court would "likely reach the same result and would order that Petitioner be afforded a bond hearing before an immigration judge" if it applied *Destino*'s reasoning here.[2]

Thus, the court, applying the reasoning in *Destino*, orders the respondents to provide Ramirez Cardona with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. The bond hearing shall be conducted in accordance with the procedural protections set forth in *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), with DHS bearing the burden of providing, by clear and convincing evidence, that Ramirez Cardona poses a danger to the community, or, by a preponderance of evidence, that he poses a flight risk. The petition is DENIED in all other respects. The parties shall file a status report on or before **August 31, 2026**.

SO ORDERED.

Joseph N. Laplante
United States District Judge

Dated: August 19, 2026
Cc: Counsel of record

[1] Doc. no. 1.
[2] Response (doc. no. 8) at 1-2. The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.